**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

LOIS HOLBROOK and
EDWARD HOLBROOK,

      Plaintiffs,

v.                                                             Case No:  5:15-cv-263-Oc-30PRL

VISTA MOBILITY SPECIALISTS,
INC., an Illinois corporation and
EVENT SCOOTERS WISCONSIN,
LLC, a Wisconsin limited liability
company,

      Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the parties' Joint Notice of Dismissal with Prejudice (Doc. 19).  Upon due consideration, it is therefore **ORDERED AND ADJUDGED** that:

1. The parties' Joint Notice of Dismissal with Prejudice (Doc. 19) is GRANTED.

2. This cause is dismissed with prejudice.

3. The Clerk is directed to close this case and deny all pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of October, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record